```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

JOHN SOLAK, *on Behalf of*            *
*Himself and All Others*
*Similarly Situated*,                 *

    Plaintiff,                     *

vs.                                   *

S. DAVID PASSMAN III, ROLAND C.       *
SMITH, JEFFREY W BERKMAN, JAMES             CASE NO. 4:16-CV-154 (CDL)
A. FLEMING, PATRICIA A. WILSON,       *
MARK R. BELL, SEAN T. ERWIN,
AMC ENTERTAINMENT HOLDINGS,           *
INC., and CONGRESS MERGER
SUBSIDIARY, INC.,                     *

    Defendants.                    *

---

RAY BASKETTE, *individually and*      *
*on behalf of all others*
*similarly situated*,                 *

    Plaintiff,                     *

vs.                                   *

JAMES A. FLEMING, ROLAND C.           *
SMITH, S. DAVID PASSMAN III,                CASE NO. 4:16-CV-170 (CDL)
JEFFREY W. BERKMAN, PATRICIA A.       *
WILSON, MARK R. BELL, SEAN T.
ERWIN, AMC ENTERTAINMENT              *
HOLDINGS, INC., and CONGRESS
MERGER SUBSIDIARY, INC.,              *

    Defendants.                    *

---

                                    O R D E R

      The Court has considered plaintiffs John Solak and Ray Baskette's Motion for Consolidating Related Actions and Related

Matters and the accompanying memorandum of law in support thereof. The Court hereby orders:

1. The following related actions ("Related Actions") are hereby consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Action"):

    *Solak v. Passman, et al.*, 4:16-cv-00154, filed 4/25/16

    *Baskette v. Fleming, et al.*, 4:16-cv-00170, filed 5/10/16

2. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

| IN RE CARMIKE CINEMAS, INC. SHAREHOLDER LITIGATION | * | Lead Case No. 4:16-cv-154 (CDL) |
|---|---|---|
| | * | |
| This document relates to: ALL ACTIONS | * | (Consolidated with Case No. 4:16-cv-170 (CDL)) |

3. The docket entries of the Consolidated Action shall be maintained in one docket under Lead Case No. 4:16-cv-154 (CDL).

4. Defendants need not respond to any of the complaints filed in the Related Actions or any other complaint now pending before, or later filed in, remanded to, or transferred to this Court which arises out of the same or similar facts and allegations as contained in the Related Actions. Rather, the Complaint for Violations of the Federal

2

Securities Laws and Breach of Fiduciary Duty filed by plaintiff John Solak on April 25, 2016 (the "Complaint") in the lowest-numbered action, is hereby deemed to be the operative complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Actions or any other action subsequently consolidated therewith.

5. Defendants shall respond to the operative complaint by the later of (a) 60 days from the date of entry of this Order, or (b) 60 days after the filing of any amended complaint.

6. Plaintiffs John Solak and Ray Baskette are hereby appointed interim co-lead plaintiffs.

7. Robbins Arroyo LLP and Levi & Korsinsky LLP are hereby appointed interim co-lead counsel for plaintiffs in the Consolidated Action.

8. Johnson & Weaver, LLP are hereby appointed as interim liaison counsel for plaintiffs in the Consolidated Action.

IT IS SO ORDERED, this 10th day of June, 2016.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA